UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHRISTOPHER LEE DEANS,

    Petitioner,

v.                                        Case No.  3:20-cv-5767-LC-MJF

FLORIDA DEPARTMENT OF
CORRECTIONS,

    Respondent.
_____/

**REPORT AND RECOMMENDATION**

    This habeas case is before the court upon referral from the clerk of the court. On August 20, 2020, Petitioner Christopher Lee Deans filed a handwritten document titled "Petition for Writ of Habeas Corpus Emerg[e]ncy EOS." (Doc. 1). Deans alleged that he was confined at the Okaloosa County Jail pending release from the Florida Department of Corrections upon expiration of his sentence. Deans claimed that his sentence expired "due to Jail credit," yet he "remains incarcerated over one month after the date he was suppose[d] to be released." (*Id*. at 1). As relief, Deans sought immediate release. (*Id*.).

    On August 27, 2020, this court ordered Deans to file, within 30 days, an amended petition on the court form accompanied by either the $5.00 filing fee or an

application to proceed *in forma pauperis*. (Doc. 3). This court warned Deans that failure to comply with the order likely would result in dismissal of this case. (*Id*.). Deans has not complied with the August 27, 2020, order and has not responded to the September 28, 2020, Order (Doc. 5) requiring him to show cause, within 14 days, why this case should not be dismissed. No correspondence from Deans has been received since his initial filing on August 20, 2020, and all of this court's orders and other correspondence has been returned as undeliverable marked, "Return to Sender – Not In Jail." (Docs. 4, 6).

For the reasons set forth above, the undersigned respectfully **RECOMMENDS** that:

1. This case be **DISMISSED WITHOUT PREJUDICE** for Petitioner Deans's failure to comply with this court's orders.[1]

---

[1] "Federal courts possess an inherent power to dismiss a complaint for failure to comply with a court order." *Foudy v. Indian River Cty. Sheriff's Office*, 845 F.3d 1117, 1126 (11th Cir. 2017) (citations omitted); N.D. Fla. Loc. R. 41.1 (authorizing the court to dismiss an action, or any claim within it, "[i]f a party fails to comply with an applicable rule or a court order"); *see also* N.D. Fla. Loc. R. 5.7(A) (requiring parties not represented by an attorney to use the court form for filing a habeas corpus petition); N.D. Fla. Loc. R. 5.3 (requiring parties who file a civil case to simultaneously either pay any fee required under 28 U.S.C. § 1914 or move for leave to proceed *in forma pauperis* under 28 U.S.C. § 1915, using the court form).

2.  The clerk of the court be directed to close this case file.

At Panama City, Florida, this 13th day of October, 2020.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days of the date of the Report and Recommendation. Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control. An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**