**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

CHRISTOPHER LEE DEANS,

      Petitioner,

v.                               Case No.  3:20-cv-5767-LC-MJF

FLORIDA DEPARTMENT OF
CORRECTIONS,

      Respondent.
_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated October 13, 2020. (Doc. 7). Attempts have been made to furnish a copy of the Report and Recommendation and to afford him an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  All mail has been "Returned to Sender---Out of Jail."

Having considered the Report and Recommendation, I conclude that it should be adopted.

Accordingly, it is **ORDERED**:

1.    The Magistrate Judge's Report and Recommendation (Doc. 7), is adopted and incorporated by reference in this Order.

Page 1 of 2

2.      This case is **DISMISSED WITHOUT PREJUDICE** for Petitioner's

failure to comply with this court's orders.

3        The Clerk of Court is directed to close this case file.

**DONE AND ORDERED** this 13th day of November, 2020.


s/*L. A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**